IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| COLLEEN FROEHLICH, | : | Case No. 3:12-CV-363 |
| Plaintiff, | : | |
| -vs- | : | District Judge Walter H. Rice |
| | | Magistrate Judge Michael J. Newman |
| CACH, LLC, *et al*., | : | |
| Defendants. | : | |

**ORDER**

The discovery phase of this case has ended.  No discovery Motion or other matter referred to the undersigned Judicial Officer remains pending.  The case is presently set for further proceedings, including trial, before United States District Judge Walter H. Rice.  The Clerk of Court is directed to note in the record that:

1. Referral of this case to the undersigned Judicial Officer has expired; and

2. No Motion or other matter in this case remains pending before the undersigned Judicial Officer.

May 29, 2013                                               s/**Michael J. Newman**
                                                                    United States Magistrate Judge